UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| In re:<br><br>ROBERT EARL HADDEN, SR. AND<br><br>PATRICIA LIPSCOMB HADDEN<br><br><br><br>Debtors. | Case No.: 09-43732<br>Chapter: 13<br><br><br>REQUEST FOR SPECIAL NOTICE |

TO THE COURT, THE CLERK OF THE ABOVE-ENTITLED COURT, TO THE DEBTOR, THE DEBTOR'S ATTORNEY OF RECORD, THE CHAPTER 13 TRUSTEE, AND THE U.S. TRUSTEE:

The undersigned files this Request for Special Notice as authorized agent on behalf of Secured Creditor, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.; (hereinafter referred to as "Creditor") pursuant to Bankruptcy Rule 2002(g) and hereby requests that he be served with all pleadings, court notices, motions and other documents and papers pertaining to the above-captioned case, as required by Bankruptcy Rule 2002. All such pleadings and notices are to be sent to the agent for Creditor at the address listed below:

        BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
        c/o McCALLA RAYMER, LLC
        Bankruptcy Department
        1544 Old Alabama Road
        Roswell, Georgia 30076

Dated: May 26, 2009

    Respectfully Submitted

                McCALLA RAYMER, LLC

                /S/   John D. Schlotter
                John D. Schlotter
                Authorized Agent for Secured Creditor

```
                                        1544 Old Alabama Road
                                        Roswell, GA 30076
                                        Phone: 770-643-2730 / Fax: 770-643-4217
```

```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF CALIFORNIA
                           (OAKLAND DIVISION)
```

| | |
|---|---|
| In re: | Case No.: 09-43732 |
| | Chapter: 13 |
| ROBERT EARL HADDEN, SR. AND | |
| PATRICIA LIPSCOMB HADDEN | CERTIFICATE OF SERVICE OF |
| | REQUEST FOR SPECIAL NOTICE |
| Debtors. | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Special Notice has been served by First Class Mail, postage pre-paid, upon the following parties in interest on the 26th day of May, 2009.

Debtor's Attorney

Patrick L. Forte, Esq.
Law Offices of Patrick L. Forte
1 Kaiser Plaza#480
Oakland, CA 94612-3610

Chapter 13 Trustee

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

US TRUSTEE

OFFICE OF THE UNITED STATES TRUSTEE
1301 CLAY STREET, SUITE 690N
OAKLAND, CALIFORNIA 94612-5217


/s/ John D. Schlotter
John D. Schlotter, Esq. Georgia Bar No. 629456
1544 Old Alabama Road
Roswell, Georgia  30076-2102
Phone: 770-643-2730 / Fax: 770-643-4217

LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
<u>ROSWELL, GEORGIA 30076-2102</u>
TELEPHONE:770-643-2148
TELEFAX:866-761-0279
770-643-2148

May 26, 2009

Clerk, United States Bankruptcy Court
P. O. Box 2070
1300 Clay St., Suite 300
Oakland, California 94604

## REQUEST FOR SERVICE OF NOTICES
## AND FOR COPIES OF DEBTOR/S' PETITION AND PLAN

  RE: Debtor(s) : Robert Earl Hadden, Sr. and Patricia Lipscomb Hadden
    Case Number : 09-43732
    Chapter : 13
    Secured Creditor : BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
    Loan Number : XXX4346

Dear Sir / Madam:

 Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:
    BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.

    c/o McCALLA RAYMER, LLC
    Bankruptcy Department
    1544 Old Alabama Road
    Roswell, Georgia 30076

 Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

 Additionally in accordance with the provisions of 11 U.S.C. § 521 (e)(1) please provide a copy of Debtor/s' Petition and Schedules; and Pursuant to 11 U.S.C. § 521 (e)(3), please provide a copy of the Debtor/s' Plan.

 We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

       Very Truly Yours,

       John D. Schlotter

       John D. Schlotter, Esquire