```
PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

The following constitutes
the order of the court. Signed May 4, 2012

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-43732 WJL |
| **ROBERT EARL HADDEN, SR. and PATRICA LIPSCOMB HADDEN,** | Chapter 13 |
| Debtors. | <u>ORDER MODIFYING CHAPTER 13 PLAN</u> |

The above named debtors having served an Amended Motion to Modify Chapter 13 Plan on April 9, 2012, and there being no objections thereto and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

Debtors do not elect to have the property of the estate described below revest in the Debtors upon confirmation of the plan. This plan modification pertains solely to the real property located at 7886 Sunkist Drive, Oakland, CA 94605 and the Chapter 13 Trustee shall have no responsibility or obligation whatsoever with respect to said real property including, but not limited to post petition mortgage payments, property taxes, insurance, homeowner's association dues, or tax filing requirements.

**END OF ORDER**

**COURT SERVICE LIST**

Attn: Officer or Managing Agent
JPMorgan Chase Bank, NA
1111 Polaris Parkway
Columbus, OH 43240

Attn: Officer or Managing Agent
JPMorgan Chase Bank, NA
4 New York Plaza 19
New York, NY 1004

Attn: Officer or Managing Agent
JPMorgan Chase Bank, NA
C/o CT Corporation System
818 W Seventh Street
Los Angeles, CA 90017

Attn: Officer or Managing Agent
Bank of America, NA
101 S. Tryon St.
Charlotte, NC 28202

Attn: Officer or Managing Agent
Bank of America
214 N. Tryon Street
Charlotte, NC 28255

Attn: Officer or Managing Agent
Bank of America
C/o CT Corporation System
818 W Seventh Street
Los Angeles, CA 90017

Attn: Officer or Managing Agent
Wachovia Mortgage Corporation
301 South College Street
Charlotte, NC 28288

Attn: Officer or Managing Agent
Wachovia Mortgage Corporation
C/o CSC – Lawyers Incorporating Service
2730 Gateway Oaks Dr., Suite 100
 Sacramento, CA 95833

Attn: Officer
Wells Fargo Bank, National Association
101 N Phillips Avenue
Sioux Falls, SD 57104

1 | Attn: Officer Wells Fargo Bank, National Association
  | C/o CSC – Lawyers Incorporating Service
2 | 2730 Gateway Oaks Dr. Suite 100
  | Sacramento, CA 95833
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26