```
 1   PATRICK L. FORTE, #80050
     ANNE Y. SHIAU, #273709
 2   LAW OFFICES OF PATRICK L. FORTE
     One Kaiser Plaza, #480
 3   Oakland, CA 94612
     Telephone: (510) 465-3328
 4   Facsimile: (510) 763-8354

 5   Attorneys for Debtors

 6

 7

 8                    UNITED STATES BANKRUPTCY COURT

 9                    NORTHERN DISTRICT OF CALIFORNIA

10   In re:                              Case No. 09-43732 WJL

11   ROBERT EARL HADDEN, SR. and         Chapter 13
     PATRICIA LIPSCOMB HADDEN,
12                                        REQUEST TO ENTER JUDGMENT
                                          VOIDING THE SECOND LIEN OF
13                    Debtors.            BANK OF AMERICA, NA AND ITS
                                          SUCCESSORS IN INTEREST
14

15   _____/

16        Debtors Robert and Patricia Hadden ("Debtors") hereby request the

17   court enter a judgment voiding the lien of Bank of America, NA and its

18   successors in interest ("Bank of America") secured against Debtors'

19   property located at 7886 Sunkist Drive, Oakland, CA 94605 ("the

20   property").

21        1. This request is based on the petition, schedules, and

22   documents on file herein, the Motion to Value the Second Lien of Bank

23   of America, N.A. and the Third and Fourth Liens of Chase as Successor

24   to Washington Mutual, Memorandum of Points and Authorities in Support

25   of the Motion and Declaration of Debtor in Support of the Motion filed

26   on September 23, 2011, and subsequent Order Valuing the Lien of Second
```

Page 1 of 2

1 Lien of Bank of America, N.A. and the Third and Fourth Liens of Chase

2 as Successor to Washington Mutual entered on December 6, 2011.

3     2. On August 6, 2009, Debtors' chapter 13 plan, which stated

4 Debtors' intention to strip the liens of Washington Mutual from their

5 residence, was confirmed. Chase is the successor to Washington

6 Mutual.

7     3. On June 16, 2011, an Order was entered modifying the Chapter

8 13 Plan to state Debtors' intention to strip the lien of Bank of

9 America from their residence which was previously inadvertently

10 omitted.

11     4. On September 11, 2009, Bank of America, NA filed a proof of

12 claim as claim #8 as to the Property.

13     5. On May 4, 2012, an Order was entered modifying the Chapter 13

14 Plan to change Debtors' election to have the property of the estate

15 pertaining solely to the Property not revest in the Debtors upon

16 confirmation of the plan.

17     6. On May 23, 2014, a Notice of Plan Completion and Request for

18 Discharge was filed.

19     7. On May 27, 2014, an Order Discharging 13 Debtor After Plan

20 Completion was entered.

21     Based on the foregoing, Debtors pray that:

22     1. The court will enter an appropriate form of judgment

23 determining the lien to be entirely, permanently, and for all purposes

24 void and unenforceable.

25 Dated: May 29, 2014         /s/     Anne Y. Shiau
                            ANNE Y. SHIAU

26                             Attorney for Debtors

Case: 09-43732   Doc# 78   Filed: 05/29/14   Entered: 05/29/14 15:09:47   Page 2 of 2