```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-43732 WJL |
| **ROBERT EARL HADDEN, SR. and PATRICIA LIPSCOMB HADDEN,** | Chapter 13 |
| Debtors. | **REQUEST TO ENTER JUDGMENT VOIDING THE THIRD AND FOURTH LIENS OF CHASE AS SUCCESSOR TO WASHINGTON MUTUAL BANK AND ITS SUCCESSORS IN INTEREST** |
| _____/ | |

Debtors Robert and Patricia Hadden ("Debtors") hereby request the court enter a judgment voiding the third and fourth liens of Chase as successor to Washington Mutual Bank and its successors in interest ("Chase") secured against Debtors' property located at 7886 Sunkist Drive, Oakland, CA 94605 ("the property").

1. This request is based on the petition, schedules, and documents on file herein, the Motion to Value the Second Lien of Bank of America, N.A. and the Third and Fourth Liens of Chase as Successor to Washington Mutual, Memorandum of Points and Authorities in Support of the Motion and Declaration of Debtor in Support of the Motion filed on September 23, 2011, and subsequent Order Valuing the Lien of Second

Lien of Bank of America, N.A. and the Third and Fourth Liens of Chase as Successor to Washington Mutual entered on December 6, 2011.

 2. On August 6, 2009, Debtors' chapter 13 plan, which stated Debtors' intention to strip the liens of Washington Mutual from their residence, was confirmed. Chase is the successor to Washington Mutual.

 3. On June 16, 2011, an Order was entered modifying the Chapter 13 Plan to state Debtors' intention to strip the lien of Bank of America from their residence which was previously inadvertently omitted.

 4. On May 4, 2012, an Order was entered modifying the Chapter 13 Plan to change Debtors' election to have the property of the estate pertaining solely to the Property not revest in the Debtors upon confirmation of the plan.

 5. On May 23, 2014, a Notice of Plan Completion and Request for Discharge was filed.

 6. On May 27, 2014, an Order Discharging 13 Debtor After Plan Completion was entered.

 Based on the foregoing, Debtors pray that:

 1. The court will enter an appropriate form of judgment determining the liens to be entirely, permanently, and for all purposes void and unenforceable.

Dated: May 29, 2014      /s/    Anne Y. Shiau
               ANNE Y. SHIAU
               Attorney for Debtors